FILED: May 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1556
(2:24-cv-00140)

_____

DAVID STEBBINS

Plaintiff - Appellant

v.

JOSHUA MOON; LOLCOW LLC

Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:24-cv-00140 |
| Date notice of appeal filed in originating court: | 05/04/2026 |
| Appellant | David Stebbins |
| Appellate Case Number | 26-1556 |
| Case Manager | C. Halupa 804-916-2702 |