UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form.  If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll.  Electronic filing by counsel is required in all Fourth Circuit cases.  If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __26-1556__ as

[✔]Retained [ ]Court-appointed(CJA) [ ]CJA associate [ ]Court-assigned(non-CJA) [ ]Federal Defender

[ ]Pro Bono [ ]Government

COUNSEL FOR: __Joshua Moon and Lolcow LLC__

_____ as the
(party name)

[ ]appellant(s) [✔]appellee(s) [ ]petitioner(s) [ ]respondent(s) [ ]amicus curiae [ ]intervenor(s) [ ]movant(s)

__/s/ Matthew D. Hardin__
            (signature)

**Please compare your information below with your information on PACER.  Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Matthew D. Hardin | 202.802.1948 |
| Name (printed or typed) | Voice Phone |
| Hardin Law Office | |
| Firm Name (if applicable) | Fax Number |
| 101 Rainbow Drive # 11506 | |
| Livingston TX 77399 | MatthewDHardin@gmail.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on David Stebbins by [ ]personal delivery; [ ]mail; [ ]third-party commercial carrier; or [✔]email (with written consent) on the following persons at the addresses or email addresses shown:

David Stebbins
123 W Ridge Ave
Apartment D
Harrison AR 72601

__/s/ Matthew D. Hardin__                               __May 5, 2026__
          Signature                                             Date

1/28/2020  SCC