UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

DAVID STEBBINS,                                              PLAINTIFF/APPELLANT

VS.                              Case No. 26-26-1556

JOSHUA MOON AND LOLCOW, LLC                        DEFENDANTS/APPELLEES

**<u>MOTION TO APPOINT COUNSEL AND FOR STAY OF PROCEEDINGS PENDING</u>**

**<u>RESOLUTION OF THIS MOTION</u>**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Appoint Counsel in the above-styled action.

I am not merely appealing the District Court's order dismissing the action for failure to state a claim upon which relief can be granted under 28 USC § 1915(e). I am appealing the District Court declaring me a vexatious litigant, which is sure to have long-lasting implications on my future right of court access.

Whether or not the District Court abused its discretion in declaring me a vexatious litigant is an exceptionally complex issue, and one of constitutional import.

In addition, there has recently come to light new evidence that the judges of the district courts are biased against me due to the number of lawsuits I have filed. For more details, see Case No. 26-1398 in this Court (petition for writ of mandamus), Docket Entry #17, a copy of which is hereby attached as **Exhibit 1** (with the Exhibit A that was attached to that docket entry also being attached hereto). This is a touchy subject that will almost certainly require the expertise of effective counsel to truly unravel.

Therefore, in order to best facilitate a speedy and efficient resolution of this appeal, in light of the complexity of the issues, the potential for judicial bias, and the constitutional importance of my rights at issue, it may be best for everyone if the Court appointed counsel to represent me. I therefore ask the Court to do exactly that.

I also ask that this entire matter – including my duty to file a petition for leave to proceed on appeal in forma pauperis pursuant to FRAP 24(a)(5), my duty to file a response to Appellee's Motion to Remand, and the briefing schedule – all be stayed until this Court properly resolves this motion and, if granted, finds an attorney to represent me.

So requested on this, the 5th day of May, 2026.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com