1. Song Titles:

   Acer's High
   Long Prat Fall
   Sigh of Relief
   Section of Life
   Sample of Life
   Epic Moment
   Blinding Rage
   There Is No Hope
   Smile on My Face
   Ready for Action