FILED:  May 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1556
(2:24-cv-00140)

_____

DAVID STEBBINS

Plaintiff - Appellant

v.

JOSHUA MOON; LOLCOW LLC

Defendants - Appellees

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk