**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 7, 2026

_____

RESPONSE REQUESTED

_____

No. 26-1556,    David Stebbins v. Joshua Moon
        2:24-cv-00140

TO:    David A. Stebbins

RESPONSE DUE: 05/18/2026

Response is required to the motion to reconsider on or before 05/18/2026.

C. Halupa, Deputy Clerk
804-916-2702