# Exhibit A

David Stebbins                     123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516                     acerthorn@yahoo.com


UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

<u>**NOTICE OF SUPPLEMENT TO DKT. 103,**</u>

<u>**CASE MANAGEMENT CONFERENCE MINUTES**</u>

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to the Court's Case Management Conference Minutes (Dkt. 103) in the above-styled action.

I addition to everything the dates the Court set, there is also one more thing that happened at the Case Management Conference that is of note:

At the end of it, I asked the Court why it, as well as nearly every other judge in the country, took months and months to rule on the simplest of things. The Court admitted, out loud, and in no uncertain terms, that this was in retaliation for me filing lawsuits without a lawyer. She admitted that my lawsuits were "not worth much," which is different from them being frivolous. For example, in Case 3:24-cv-00398-LJC in this District (Stebbins v. Baz), I received a default judgment for $1,500, which makes it "not worth much" but still meritful.

So by this Court's own admission, it isn't about me filing *frivolous* lawsuits, like so many people claim, but simply due to the *quantity* of otherwise *nonfrivolous* lawsuits that I have filed.

All of this is now proven <u>*by the Court's own admission*</u>.

I was about to point out this next part, but the judge cut me off and ended the conference right then before I had the chance to (possibly because she knew where I was going with this and didn't want to risk further exposing the corruption): If federal judges all over the country are willing to engage in habitual, repeated delay of simple matters out of spite for me having filed a large *number* of otherwise nonfrivolous lawsuits, it stands to reason that those same judges would also rule against me on the merits out of a similar level of spite. So, for example, a district judge is far more likely to arbitrarily declare that videos which infringe on my copyright are fair

Case 4:23-cv-00321-MMC                    -1-            Case Management Conference Minutes

use at the pleading stage, even when he would have denied an otherwise identical motion to dismiss under otherwise identical circumstances.

At this point, me being declared a vexatious litigant is actually the result of a self fulfil-ling prophecy, rather than me *actually genuinely deserving* that designation. It becomes blatant circular logic as outlined below:



In other words, the Court has effectively admitted that my rights are being systematically violated by judges. I am not a vexatious litigant because I genuinely file frivolous lawsuits. By this Court's own admission, I am wrongfully branded a vexatious litigant because the judges personally don't like how I exercise my right of access to the Courts.

I just wanted to throw that out there, and to let everyone who follows my litigation know that the admission is on video, and that video is currently in the custody of the Court, although it is not being released to the public.

So notified on this, the 4th day of May, 2026.

/s/ David Stebbins
David Stebbins (pro se)