# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

          Plaintiff,

    v.

SYDNEY REDFIELD,

          Defendant.

Case No.  23-cv-00321-MMC

**ORDER RE: NOTICE OF SUPPLEMENT TO DKT. 103**

The Court has reviewed plaintiff's "Notice of Supplement to Dkt. 103, Case Management Conference Minutes," filed May 4, 2026.  The Notice does not accurately reflect the Court's comments and will not be considered part of the official record of the above-titled action.

    **IT IS SO ORDERED.**

Dated: May 5, 2026.

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California