UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

INFORMAL BRIEF

**RE:**   Stebbins v. Moon

1.   **Declaration of Inmate Filing**
    An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing.  Timely filing may be shown by:
    - a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
    - a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

I am an inmate confined in an institution.  I deposited my notice of appeal in the institution's internal mail system on _____ [insert date].  First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C.  § 1746; 18 U.S.C. § 1621).

Signature: _____     Date: _____

---

2.   **Jurisdiction**
    Name of the court or agency from which you are appealing:
     US District Court for the Southern District of West Virginia

    Dates of the order or orders for which review is sought:
     April 27, 2026

3.   **Issues for Review**
    Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider.  The parties may cite case law, but citations are not required.

**Issue 1.**

Whether the District Court abused its discretion by declaring me a vexatious litigant solely on my activities in other districts and my lawful and constitutionally-protected recording of my calls with Megan Davis.

**Supporting Facts and Argument.**
Aside from the recording of the calls, the District Judge cited no in-district misconduct. The cases he cited to support his position all involved plaintiffs who had multiple frivolous filings in the very district in which they were subsequently declared vexatious, and so they are inapposite here.

**Issue 2.**

The District Judge ignored more lenient sanctions, such as requiring a $100 refundable bond, like what the US District Court for the Western District of Arkansas required.

**Supporting Facts and Argument.**

When restricting someone's access to the courts, judges are supposed to use only the least restrictive means to do so. Nothing on the record indicates that the District Judge ever even considered any lesser restrictive means than forcing me to pay the full $405 filing fee,which he knows I cannot afford. He should be forced to consider a lesser option, such as a $100 refundable bond.

**Issue 3.**

Whether the Amended Complaint should have been stricken.

**Supporting Facts and Argument.**

The only reason the judge gave for stricking the Amended Complaint was that I had not obtained prior leave of court to file it. But Fed.R.Civ.P. 15(a)(1) clearly says I don't have to in this case. Therefore, the judge had no right to strike it.

**Issue 4.**

Whether the District Judge has exhibited "such a high degree of ... antagonism [towards the Plaintiff] as to make fair judgment impossible."

**Supporting Facts and Argument**

There are several statements in the District Court's order which suggest he might have antagonism towards me and that antagonism may be affecting his judgment, such as striking my Amended Complaint on legally nonexistent grounds, as well as making the entirely arbitrary, entirely out-of-nowhere finding that my recording of my

call with Megan Davis was done in order to "intimidate the Court." There is not one iota of evidence to support the Court's finding that this was my motive. He made the founding out of pure anger, which means it was improper and should be overturned.

4.      **Relief Requested**

Identify the precise action you want the Court of Appeals to take:

Reverse the District Court's order, and investigate whether there is systemic, habitual judicial antagonism towards me.

5.      **Prior appeals (for appellants only)**

A.      Have you filed other cases in this court?
                ☑ Yes          ☐ No

B.      If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

Case No. 24-1740, denied for insufficient time delayed
Case No. 26-1398, dismissed as moot

_____
                Signature
        [Notarization Not Required]

David Stebbins
_____
        [Please Print Your Name Here]


**CERTIFICATE OF SERVICE**
**************************

I certify that on __May 28, 2026__ I served a complete copy of this Informal Brief on all parties, addressed as shown below:

Matthew Hardin at the email address of
matthewdhardin@gmail.com

_____
                Signature

NO STAPLES, TAPE OR BINDING PLEASE