**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 29, 2026

_____

RULE 46 NOTICE
DOCKETING FORMS

_____

No. 26-1556,    David Stebbins v. Joshua Moon
                2:24-cv-00140

TO:    Matthew  Hardin

**FORMS DUE:** 06/15/2026

The court has not received the form checked below, which it previously directed be filed. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form is received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[x] **Disclosure statement** required for Joshua Moon.

C. Halupa, Deputy Clerk
804-916-2702