# Hardin Law Office

Matthew D. Hardin · 101 Rainbow Drive · PMB 11506 · Livingston, TX 77399
Phone: (202) 802-1948 · Email: HardinLawPLLC@icloud.com

June 9, 2026

Ms. Nwamaka Anowi, Clerk of Court
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re:    *Stebbins v. Moon*, No. 26-1556
       Appellees' Rule 28(j) Letter of Supplemental Authority

Dear Ms. Anowi:

Pursuant to Fed. R. App. P. 28(j), Appellees Joshua Moon and Lolcow LLC respectfully submit the following supplemental authority, which issued after the appellees' informal brief was filed: *Stebbins v. Google LLC*, No. 24-1936, 2026 LX 212857 (9th Cir. June 4, 2026). Curiously, Mr. Stebbins did not mention this recent precedent in his own June 6, 2026 Reply Brief before this Court. Appellees hope that was an oversight rather than a lack of candor. A copy is enclosed.

The Ninth Circuit's decision bears on Argument I of Appellees' Response Brief, which explained that Appellant is a vexatious litigant and that the Southern District of West Virginia has taken far less severe measures than other courts have been forced to take to rein in Mr. Stebbins' persistent misbehavior. In *Stebbins v. Google*, the Ninth Circuit affirmed an order that declares Appellant a vexatious litigant. Now that a sister court of appeals has affirmed an actual vexatious-litigant adjudication against Appellant, Lolcow LLC and Joshua Moon submit that it is more clear than ever that this appeal should be denied and/or dismissed, and that a show cause order should issue due to Mr. Stebbins' frivolous prosecution of this appeal.

The Ninth Circuit joins the Eighth Circuit in affirming the imposition of pre-filing restrictions against Mr. Stebbins. *Stebbins v. Stebbins*, 575 F. App'x 705 (8th Cir. 2014). This Court would do well to follow in their footsteps.

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin

cc: David Stebbins, *pro se*

Page 1 of 1