**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 23, 2026

---

RESPONSE REQUESTED

---

No. 26-1556, David Stebbins v. Joshua Moon
2:24-cv-00140

TO: David A. Stebbins

RESPONSE DUE: 11/02/2026

Response is required to the motion for appellate attorney's fees on or before 11/02/2026.

C. Halupa, Deputy Clerk
804-916-2702